# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN ROWSHAWN HOYE, | )  |
| Plaintiff, | ) Civil Action No. 2: 17-cv-0020 )  |
|  | ) Judge Nora Barry Fischer/ |
| v. | ) Magistrate Judge Cynthia Reed Eddy |
| ALLEGHENY COUNTY MEDICAL STAFF through CORIZON; DEPUTY LATOYA WARREN; WARDEN ORLANDO HARPER, and WESTER PHYSC, | ) ) ) ) ) ) |
| Defendants. | |

## ORDER

AND NOW, this 28th day of March, 2018, it is hereby ORDERED, ADJUDGED AND DECREED that, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED as follows:

IT IS ORDERED that Plaintiff's Objections (Docket Nos. 113, 117, and 122) are OVERRULED.

IT IS ORDERED that the Motion to Dismiss filed by Defendant Allegheny County Medical Staff Dept. through Corizon (Docket No. 44) is GRANTED.

IT IS FURTHER ORDERED that the Motion to Dismiss filed by Defendants Deputy Latoya Warren and Warden Orlando Harper (Docket No. 46) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's motion for injunctive relief (Docket No. 74) is DENIED. For the same reasons, Docket No. 103 is DENIED.

IT IS FURTHER ORDERED that Plaintiff's "Motion Too Implemize Constitutional Claim" (Docket No. 123) is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation (Docket No. 105) is adopted as the Opinion of the Court.

IT IS FURTHER ORDERED that, pursuant to the authority granted courts by 28 U.S.C. § 1915A(b)(1), Defendant Western Psychiatric Hospital be dismissed sua sponte for failure to state a claim upon which relief can be granted.

IT IS ORDERED that the Clerk of Court shall mark this case as closed; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishing to appeal from this Order must file a notice of appeal as provided in Federal Rule of Appellate Procedure 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

*s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc: NATHAN ROWSHAWN HOYE
167618
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219
(via U.S. First Class Mail)

All counsel of record
(via ECF electronic notification)